JAMES B. LOCKWOOD, as Sole Testamentary Trustee, etc., et al., Appellants, *v.* WILLIAM T. BRANTLEY, Administrator, etc., et al., Respondents.

(Argued October 29, 1886; decided November 23, 1886.)

THE opinion in this case is simply a discussion of the testimony, the court coming to the conclusion that it was sufficient to sustain the finding of the court.

*Henry Cooper* for appellants.

*Howard R. Bayne* for respondents.

DANFORTH, J., reads for affirmance.
All concur.
Judgment affirmed.